**26SL-CC04172**

| Filename | Provider | Insurance | Resolution Date | Resolution Total Due | Case Confirmation No. |
|---|---|---|---|---|---|
| ALV-HEA-FEDMO-053 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-03-05 00:00:00 | 3281.08 | DISP-2360509, DISP-2454633 |
| ALV-HEA-FEDMO-041 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-03-29 00:00:00 | 17173.18 | DISP-2541552 |
| ALV-HEA-FEDMO-034 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-04-09 00:00:00 | 10571.45 | DISP-2372755 |
| ALV-HEA-FEDMO-016 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-04-20 00:00:00 | 15897.8 | DISP-1975510 |
| ALV-HEA-RFED-029 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-05-07 00:00:00 | 4909.63 | DISP-2953584 |
| ALV-HEA-FEDMO-050 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-05-12 00:00:00 | 14730.45 | DISP-2570418 |
| ALV-HEA-RFED-014 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-05-12 00:00:00 | 6003.03 | DISP-2743238 |
| ALV-HEA-RFED-017 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-05-20 00:00:00 | 10962.54 | DISP-2810981 |
| ALV-HEA-RFED-004 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-05-21 00:00:00 | 11459.82 | DISP-2723589 |
| ALV-HEA-RFED-026 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-05-27 00:00:00 | 5374.31 | DISP-2961875 |
| ALV-HEA-RFED-011 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-05-30 00:00:00 | 13762.97 | DISP-2732599 |
| ALV-HEA-RFED-012 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-05-30 00:00:00 | 7299.25 | DISP-2732860 |
| ALV-HEA-RFED-008 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-06-16 00:00:00 | 4999.78 | DISP-2732533 |
| ALV-HEA-FEDMO-042 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-06-18 00:00:00 | 9449.69 | DISP-2431815 |
| ALV-HEA-RFED-092 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-06-19 00:00:00 | 8853.56 | DISP-2706743 |
| ALV-HEA-RFED-049 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-06-19 00:00:00 | 6313.17 | DISP-3293884 |
| ALV-HEA-RFED-006 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-06-24 00:00:00 | 4999.78 | DISP-2732459 |
| ALV-HEA-RFED-035 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-07-01 00:00:00 | 7516.49 | DISP-3293992 |
| ALV-HEA-FEDMO-049 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-07-01 00:00:00 | 2365.82 | DISP-2539160 |
| ALV-HEA-RFED-031 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-07-03 00:00:00 | 17473.38 | DISP-3204411 |
| ALV-HEA-RFED-002 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-07-04 00:00:00 | 18613.02 | DISP-2707001 |
| ALV-HEA-FEDMO-033 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-07-08 00:00:00 | 6490.47 | DISP-2360274 |
| ALV-HEA-FEDMO-037 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-07-09 00:00:00 | 7451.05 | DISP-2426221 |
| ALV-HEA-FEDMO-058 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-07-11 00:00:00 | 6490.47 | DISP-2537804 |
| ALV-HEA-FEDMO-035 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-07-15 00:00:00 | 3294.32 | DISP-2426684 |
| ALV-HEA-RFED-045 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-07-16 00:00:00 | 15675.13 | DISP-3424368 |
| ALV-HEA-RFED-062 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-07-18 00:00:00 | 4735.99 | DISP-3424569 |
| ALV-HEA-RFED-042 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-07-18 00:00:00 | 11994.85 | DISP-3424744 |
| ALV-HEA-FEDMO-054 | A Loveland Venture, LLC (DBA The Phoenix IOM) | Healthy Alliance Life Ins. Co | 2025-07-21 00:00:00 | 4968.81 | DISP-2427686 |

**Exhibit A**